**UNITED STATES of America, Plaintiff-Appellee**

v.

**Kunta Laushan BROWN, Defendant-Appellant**

**No. 16-3348**

United States Court of Appeals, Eighth Circuit.

Submitted: February 14, 2017

Filed: February 16, 2017

Amy L. Jennings, Assistant U.S. Attorney, U.S. Attorney's Office, Des Moines, IA, Maureen McGuire, Assistant U.S. Attorney, for Plaintiff-Appellee

Kunta Laushan Brown, Pro Se

Before WOLLMAN, MURPHY, and GRUENDER, Circuit Judges.

PER CURIAM.

Kunta Brown directly appeals the sentence the district court [1] imposed after he pleaded guilty to drug and firearm charges. His counsel has moved to withdraw and has filed a brief under *Anders v.*

---

1. The Honorable Stephanie M. Rose, United States District Judge for the Southern District of Iowa.

*California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), questioning the reasonableness of Brown's sentence.

Upon careful review, we conclude that the district court did not impose an unreasonable sentence. *See United States v. Feemster,* 572 F.3d 455, 461–62 (8th Cir. 2009) (en banc) (explaining that sentences are reviewed under deferential abuse-of-discretion standard and discussing substantive reasonableness). In addition, having independently reviewed the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no nonfrivolous issues for appeal. Accordingly, we grant counsel's motion to withdraw, and we affirm.